# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2014

*The Court of Appeals hereby passes the following order*

**A14I0194. KASEY A. O'BRIEN v. THE STATE OF GEORGIA.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

ST13CR1354



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 11, 2014.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*